**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 03 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ITORYE TAMAR SILVER,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>TOM SLUTES and SLUTES, SAKRISON & ROGERS PC,<br><br>        Defendants - Appellees. | No. 13-16951<br><br>D.C. No. 4:08-cv-00640-FRZ<br>District of Arizona,<br>Tucson<br><br><br>ORDER |

      The stipulation to dismiss the appeal with prejudice under Federal Rules of Appellate Procedure 42(b) is granted. The costs shall be allocated pursuant to the stipulation.

      A copy of this order shall act as and for the mandate of this court.

                        For the Court:

                        MOLLY C. DWYER
                        Clerk of Court

                        Grace Santos
                        Deputy Clerk
                        Ninth Circuit Rule 27-7/Advisory Note to Rule 27
                           and Ninth Circuit 27-10

GS   01/27/2014/Pro Mo